LISA HILL FENNING (SBN 89238)
HARRY E. GARNER (SBN 254942)
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Lisa.Fenning@aporter.com
Harry.Garner@aporter.com

Attorneys for Creditor
Al Yousuf, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:09-bk-18312-TD |
| PHOENIX MC, INC., a Delaware corporation, | Adversary No. 6:09-ap-01305-TD |
| Debtor. | Chapter 11 |
| Tax I.D. 26-1212228 | **STIPULATED MOTION FOR ORDER GRANTING STAY OF ADVERSARY PROCEEDING** |
| Committee of Creditors Holding Unsecured Claims for the estate of Phoenix MC, Inc., | [No Hearing Required] |
| Plaintiff, | |
| vs. | |
| Al Yousuf, LLC, a United Arab Emirates limited liability company, | |
| Defendant. | |

Al Yousuf, LLC ("AYL") and the Committee of Creditors Holding Unsecured Claims (the "Committee") hereby stipulate and move the Court for entry of the proposed order lodged herewith granting a stay of the above-captioned adversary proceeding (the "Adversary Proceeding"). In support of this motion, AYL and the Committee state as follows:

1. AYL and the Committee have agreed upon a settlement in principle (the "Settlement") of this Adversary Proceeding and the Committee's appeal (the "Appeal," with notice

1

of appeal filed at ECF Dkt. No. 120) of the Court's Order Pursuant to Bankruptcy Code Sections 105, 363 and 365: (A) Authorizing the Debtor to Sell Substantially all of Its Assets Through an Auction; and (B)Retroactively Approving Sale Procedures (the "Sale Order," ECF Dkt. No. 120).

2. The Settlement will be set forth for all parties' consideration and for the Court's approval in an amended plan of liquidation (the "Amended Plan") and disclosure statement to be filed by debtor Phoenix MC, Inc. ("Debtor").

3. The Adversary Proceeding is hereby stayed as to all parties until the earlier of entry of a final, nonappealable order of the Court confirming of the Amended Plan (as it may be amended, subject to the written consent of AYL, the Committee and Debtor), or November 15, 2009, unless AYL, the Committee and Debtor shall agree in writing to extend such stay.

4. During the course of such stay, AYL and the Committee and Debtor shall take all reasonable steps to refrain from taking any action with respect to the Adversary Proceeding.

5. A proposed order is lodged herewith.

**WHEREFORE**, AYL and the Committee pray that the Court will grant the requested stay, as set forth in the proposed order lodged concurrently herewith.

Dated: August 28, 2009

ARNOLD & PORTER LLP

By _____
Lisa Hill Fenning
Attorneys for Creditor Al Yousuf, LLC

LEWIS R. LANDAU
ATTORNEY AT LAW

By _____
Lewis R. Landau
Attorney for Creditors' Committee

2

of appeal filed at ECF Dkt. No. 120) of the Court's Order Pursuant to Bankruptcy Code Sections 105, 363 and 365: (A) Authorizing the Debtor to Sell Substantially all of Its Assets Through an Auction; and (B)Retroactively Approving Sale Procedures (the "Sale Order," ECF Dkt. No. 120).

2. The Settlement will be set forth for all parties' consideration and for the Court's approval in an amended plan of liquidation (the "Amended Plan") and disclosure statement to be filed by debtor Phoenix MC, Inc. ("Debtor").

3. The Adversary Proceeding is hereby stayed as to all parties until the earlier of entry of a final, nonappealable order of the Court confirming of the Amended Plan (as it may be amended, subject to the written consent of AYL, the Committee and Debtor), or November 15, 2009, unless AYL, the Committee and Debtor shall agree in writing to extend such stay.

4. During the course of such stay, AYL and the Committee and Debtor shall take all reasonable steps to refrain from taking any action with respect to the Adversary Proceeding.

5. A proposed order is lodged herewith.

**WHEREFORE**, AYL and the Committee pray that the Court will grant the requested stay, as set forth in the proposed order lodged concurrently herewith.

Dated: August 27, 2009                                ARNOLD & PORTER LLP


By _____
　　　Lisa Hill Fenning
Attorneys for Creditor Al Yousuf, LLC


LEWIS R. LANDAU
ATTORNEY AT LAW

By _____
　　　Lewis R. Landau
Attorney for Creditors' Committee

2

| In re: PHOENIX MC, INC.<br>Committee of Creditors Holding Unsecured Claims v. Al Yousuf, LLC<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:09-bk-18312-TD<br>Adv. No. 6:09-ap-01305-TD |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 777 S. Figueroa St., 44th Fl., Los Angeles, CA 90017-5844.

A true and correct copy of the foregoing document described <u>STIPULATED MOTION FOR ORDER GRANTING STAY OF ADVERSARY PROCEEDING</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/28/09 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Lew Landau for Unsecured Creditors committee - lew@landaunet.com

United States Trustee - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/28/09 | Jean Kellett | /s/ Jean Kellett |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1