1  LISA HILL FENNING (SBN 89238)
   HARRY E. GARNER (SBN 254942)
2  ARNOLD & PORTER LLP
   777 South Figueroa Street
3  44th Floor
   Los Angeles, CA  90017-5844
4  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
5  Lisa.Fenning@aporter.com
   Harry.Garner@aporter.com
6
   Attorneys for Creditor
7  Al Yousuf, LLC

FILED & ENTERED

SEP 03 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:09-bk-18312-TD |
| PHOENIX MC, INC., a Delaware corporation, | Adversary No. 6:09-ap-01305-TD |
| Debtor. | Chapter 11 |
| Tax I.D.  26-1212228 | **ORDER GRANTING STIPULATED MOTION FOR STAY OF ADVERSARY PROCEEDING** |
| Committee of Creditors Holding Unsecured Claims for the estate of Phoenix MC, Inc., | [No Hearing Required] |
| Plaintiff, | |
| vs. | |
| Al Yousuf, LLC, a United Arab Emirates limited liability company, | |
| Defendant. | |

This matter comes before the Court on the August 28, 2009 Stipulated Motion for Order Granting Stay of Adversary Proceeding (the "<u>Motion</u>," Adv. Proc. Dkt No. 5), submitted by Al Yousuf, LLC ("<u>AYL</u>") and the Committee of Creditors Holding Unsecured Claims (the "<u>Committee</u>").  The Court having read and considered the Motion, having noted that due and sufficient notice of the Motion under the circumstances was given to all parties in interest entitled to

1

notice, as evidenced by the declaration of service attached thereto, having considered the record in this case to the extent deemed relevant by the Court and all other pleadings and evidence submitted in connection with the Motion, and having found good cause as set forth in the Motion, to stay the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"):

NOW, THEREFORE, IT IS ORDERED THAT:

1. The Motion is granted, and the Adversary Proceeding is stayed as to all parties until the earlier of entry of a final, nonappealable order of the Court confirming of the Amended Plan[1] (as it may be amended, subject to the written consent of AYL, the Committee and Debtor), or November 15, 2009, unless AYL and the Committee shall agree in writing to extend such stay.

2. During the course of such stay, AYL and the Committee shall take all reasonable steps to refrain from taking any action with respect to the Adversary Proceeding.

###

DATED: September 3, 2009

_United States Bankruptcy Judge_

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

| In re: PHOENIX MC, INC.<br>Committee of Creditors Holding Unsecured Claims v. Al Yousuf, LLC      Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:09-bk-18312-TD<br>Adv. No. 6:09-ap-01305-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 777 S. Figueroa St., 44th Fl., Los Angeles, CA 90017-5844.

A true and correct copy of the foregoing document described <u>ORDER GRANTING STIPULATED MOTION FOR STAY OF ADVERSARY PROCEEDING</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/28/09 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>8/28/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. T. Donovan, United States Bankruptcy Court, Central District of California, 255 E. Temple Street, Suite 1352 Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/28/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Lew Landau for Unsecured Creditors committee  -  lew@landaunet.com

United States Trustee - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/28/09 | Jean Kellett | /s/ Jean Kellett |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                             **F 9013-3.1**

| In re: PHOENIX MC, INC.<br>Committee of Creditors Holding Unsecured Claims v. Al Yousuf, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 6:09-bk-18312-TD<br>Adv. No. 6:09-ap-01305-TD |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING STIPULATED MOTION FOR STAY OF ADVERSARY PROCEEDING was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 8/28/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Lew Landau for Unsecured Creditors committee - lew@landaunet.com

United States Trustee - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                               **F 9021-1.1**